United States District Court
Southern District of Texas
**ENTERED**
January 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN W. STEM, AS EXECUTOR OF THE ESTATE OF WILLIAM L. STEM, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM LLOYDS, <br><br> Defendant. | § § § § § § § § § § § § <br><br> CIVIL ACTION NO. H-23-0232 |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant State Farm Lloyds' Traditional and No-Evidence Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 10th day of January, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE